UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CANDACE CHISM,**

   Plaintiff,

v.                                                                                            Case No: 8:15-cv-1206-T-27JSS

**DT CREDIT COMPANY, LLC,**

   Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant DT Credit Company's Motion to Dismiss or in the Alternative Motion to Stay and Compel Arbitration (Dkt. 3). Plaintiff has not responded and the time in which to do so has passed. Upon consideration, the Motion is **GRANTED**. This case is **DISMISSED** in favor of arbitration in accordance with the parties agreement to arbitrate (Dkt. 3-1). The Clerk is directed to **CLOSE** the file.

   **DONE AND ORDERED** this 7th day of July, 2015.

                                                                          JAMES D. WHITTEMORE
                                                                          United States District Judge

Copies to:
Counsel of Record